# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# _____ DIVISION

Obie Obie Masango
(Enter Above the Name of the Plaintiff in this Action)

vs.

Officer Schwartz (Butch No 519) & C/O of Dayton Police Dep't.
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Obie Obie Masango
Name - Full Name Please - PRINT

5853 Duncraig Dr #1309
Street Address

Dayton OH. 45420
City, State and Zip Code

OHIO 45426    9373015779
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Officer Schwaltz (Batch No 519) and Co
   Name - Full Name Please
   335 W Third St, Dayton OH 45402 (Dayton Police Dept.
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

~~Friday~~ Wednesday May 9th, 2018, 5:30 Pm at Limestone Ave Dayton, Ohio. Officer Schwaltz (Batch N° 519) and Colleague Confronted me in the friend (Chelsea Moteste Car, I was in it, at the parking lot, where I was visiting without any formal or Informal Introduction of them-self. With Chelsea's Kid's and many other Kids in the neighbourhood playing and riding bikes out on the curb/Pavements, they asked me if I have a Gun and drugs which I respond to them "No". They also asked me if I had an ID which I respond "Yes". I asked them if I can go get it, which they said "Yes". As my car was Parked in the oposite section I came out of Chelsea's Car in I was, Jacked up Search from head to toe and taken to the cop car instead to get my ID. Officer Schwaltz (519) Put handcuff on my left hand, that when I restrained from Entering the cop car without my ID. The population came out and everyone was recording live. They were pleading for them to let me go get my ID and they refused repeated and just wanted to Arrest me and take me away without no just Cause. I let them know that ~~an~~ "I'm a Southern Camerounian AKA AMBAZONIAN, A father, A husband Head of family Both home and here (USA) I count Do drugs or be a fellon". Then I asked them that even if I was a fellon they have the right to Introduce themself even before asking me why they are there for. The most aggressive Officer who was the friend of

Schwaltz (519) of the Dayton Police Department said "They don't have any right to introduce theirself. I was made to sit on the floor with One of the handcuff on my left hand. After about 30 minutes and more of the struggle Officer Schwaltz (519) upted to go get my ID in the (Purse) car. Chelsea and her 2 Kids "Where asked to go inside the house" which she refused saying "He didn't do nothing wrong." "He's my Guess and i can't leave him like this". Officer Schwaltz (519) when to my car meanwhile chelsea's car was thoroughly Search even without a warauth by the latino officer a colleague to officer Schwaltz (519) and nothing was found. Say, Dropped Something inside the car, which was a red plastic cup of fayyo Cola which i was Sipping. The latino officer said "If i don't get into the car, I'll be Shocked with the Electric device and strapped". I felt like i was dead but I'm breathing, Almost got Killed. I was Identified but I couldn't let go free. Everyone was Confused Until around 20:10pm the latino officer Saw that there was no alleged Criminal record or any offence accountable for that day, he just went back to the car and came out Issuing me a 133.05 criminal Trespass form which he didn't ask me to sign and to leave the premises Immediately. But I couldn't because he had my mobile phone too in his Pocket. When he gave me, I left before them and Immediately.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 3-18-cv-107 | Obie Obie Masango | vs. Sinclair Community College |
| | | vs. |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Help me find "Justice". Because that is all we need living in these brave and beautiful country (USA) we all living in.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 11 day of May, 2018.

_____
Signature of Plaintiff

-4-