# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| OBIE OBIE MASANGO, | : | Case No. 3:18-cv-161 |
| --- | --- | --- |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| OFFICER SCHWARTZ, | : | |
| Defendant. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant filed a Motion to Dismiss on November 14, 2019. (Doc. #20). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **December 9, 2019**. If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

November 15, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge